UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-20920-RNS

MIKE'S WORRY FREE INC.,
an Ohio Corporation; and
MICHAEL HLATKY, individually,

    Plaintiffs,

v.

OLIVIA CHARLIE LLC,
a Florida limited liability company,

    Defendant.
_____/

Mediator: Joel Levine, Esq.
Judge: Honorable Robert N. Scola, Jr.
Conference Date: December 12, 2017

### DISPOSITION OF MEDIATION CONFERENCE

THIS CAUSE, having been submitted to Mediation before JOEL LEVINE, ESQ., Mediator, the disposition of the mediation conference is as follows:

SETTLED.

#### Attendance

For Plaintiff: David A. Freeburg, Esq., Tom J. Manos, Esq., Michael Hlattky

For Defendant: Manny M. Tarich, Esq., Shane Neman

Observer: Mark D. Greenberg

Respectfully Submitted: _/s/ Joel Levine_

December 12, 2017    Joel Levine, Mediator