FILED by
AUG 24 2018
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

August 20, 2018

Dear Judge Gayles

My name is Lafayette Dock im sure you already know who I am from the last letter you received from me in regards to the Public Defenders that represented me in my case. I first want to start off by Thanking you for giving me a new private attorney to represent me in this case. Your Honor I was born and raised in the city of miami and mostly spent my childhood in a small neighborhood name Overtown and that is also the location of where my arrest took place. Your Honor I am writing you this letter because I cannot just sit here and let the officers in my case lie to you and the Jury, Im only 23 years and have a whole life ahead of me. Ignorance of the Law should be unacceptable especially when the officers Job is to protect and serve the community not harrass and violate people constitutional rights and in my case believe it or not my constitutional rights were violated.

Your Honor the day of my arrest the stories that the officers will be telling did not happen the way they say it happened, and your honor it hurts my heart every time I sit down and read the transcript from the evidentiary hearing that took place may 7, 2018. Your honor Im a young man and every young man makes mistakes and in the past I made a big one causing me not to be able to attend college because of me becoming a convicted felon not being able to received finacial aid. Your honor Im not someone who wakes up looking for trouble I do not rob, I do not steal, and I do not kill please do not let the dreads or the tattoo's Judge me as a person because I have a good heart and would help anyone if I could. Now your honor I have been getting harrassed by the same officer for a few years (Alan Perez) and to be honest I never knew it until my attorney mentioned it my last legal visit. Your honor if you was to look at my history you would see that I never been to prison never been to Juvenile or never had any serious violent charges. Judge Gayles im asking with all due respect that you really listen and pay attention to the officers testimony about the events and what they claimed that took place the day of my arrest.

Now your honor there are a couple things I would like to point out in My case and im going to tell you like I told my last Federal Public Defenders If I knew I was really Guilty I would of accepted Responsibility as a young man for the crime that was being Committed but im willing to do anything to prove my innocence and to also prove that the officers in my case are in fact lying. OK the first thing I would like to point out is the officer say he asked me to get out the car conducted a full body Search finding no weapon, no drugs, or no flashlight but as I was told to have a seat I dropped a pink flashlight, If I had a pink flashlight any where on my body that would have been recovered once the full body Search was conducted. The last thing I would like to point out is as a Officer your first concern would be arresting the person that you claimed pulled a firearm out the bushes Shove the firearm in his waistband then walked towards a parked car but instead you and another fellow officer by pass the subject you claimed was armed and goes and arrest Someone else that does not make any sense your honor. Your honor Im just asking that you really pay attention to the inconsistencies and the incredible testimony that these officers will be giving because this is my life that we are talking about I been shot 3 times once in my life and I got a second chance I have a family at home I cant do 15 years or 30 years to life especially when the officers are lying So Judge im writing you this letter asking you to really pay attention to the testimony that will be given at trial and i want to thank you again for my new attorney I have faith in him of me getting out of this place.

Sincerly
Lafayette Timothy Dock

Lafayette Dock 15330101
Federal Detention Center
P.O. box 019120
Miami, Fl 33101-9120

MIAMI FL 331
21 AUG 2018 PM 2 L

RECEIVED
AUG 24 2018
11:53 AM

USMS INSPECTED

Judge Darren Gayles
400 N. Miami Avenue, Room 11-7
Miami, Fl 33128

33128-180199

T: ... **d letter processed** ... ...ght ... ... ...
Pr... ...re for **forwarding** ... ...u. The letter n... ...
C...not not inspec... ...he writer re...s a questi... ...
o... ...ch this facility no... ...nsdiction, you m...y wish to...
T... ...terial for further inform...ion or distribution. If th...w...
En... ...e correspondence ... ...n forwarding to another address, ple...
Re... ...ncloses... ...
F... ...RAL DETENTION CENTER
F... ...x 019120
MIAMI, FL 33101

DATE: